IN THE SUPREME COURT OF TEXAS








IN THE SUPREME COURT OF
TEXAS

 

════════════

No. 08-0625

════════════

 

 

In re E.I. du Pont
de Nemours and Company, Relators

 

════════════════════════════════════════════════════

On Petition for Writ of
Mandamus

════════════════════════════════════════════════════

 

 

 

            Justice O’Neill, joined by Chief
Justice Jefferson, Justice Medina,
and Justice Green, dissenting.

 

            For the reasons expressed
today in my dissenting opinion in In re Columbia Medical Center of Las
Colinas, Cause No. 06-0416, I respectfully dissent.

 

 

                                                                        ___________________________________

                                                                        Harriet
O’Neill

                                                                        Justice

 

OPINION DELIVERED:  July 3, 2009